IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHRISTOPHER MILLER
and KACI MILLER                                              PLAINTIFFS

v.                      No. 4:18-cv-502-DPM

FIRST AUTOMOTIVE SERVICE
CORPORATION; CREDIT
ACCEPTANCE CORPORATION;
and JOHN DOES 1-10                                           DEFENDANTS

## JUDGMENT

The Millers' complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 September 2019